IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| ANNA MARIE SIMPSON, Individually and on behalf of her minor child, T.W., <br><br> Plaintiff, <br><br> v. <br><br> FERRELL COOKSEY, in his official capacity as the Chair of the Wayne County School System Board of Education; WAYNE COUNTY SCHOOL SYSTEM BOARD OF EDUCATION; WAYNE COUNTY SCHOOL SYSTEM; JUSTIN McDONALD, Individually and in his official capacity as an employee of the Wayne County School System; JAMES BRINSON, Individually and in his Official capacity as the former Principal of Wayne County High School and the Interim Superintendent of Wayne County School System; KRENWICK SANDERS, Individually; and RASHEEN HOLMES, Individually, <br><br> Defendants. | CIVIL ACTION NO.: CV214-128 |

## <u>O R D E R</u>

This matter is before the Court on Plaintiff's Consent Motion to Add and Drop Parties and for Leave to File Second Amended Complaint (Doc. 15.) and Consent Motion to Extend Time to Submit Expert Witness Reports and Motion to Extend the Discovery Period (Doc. 16.). After Careful Consideration and upon consent of the Defendants, Plaintiff's Motions are **GRANTED**.

THEREFORE, IT IS HEREBY ORDERED that Wayne County School District be **added** as a Defendant and Wayne County School System be **dismissed without prejudice** as a Defendant in the present case. Plaintiff's request for leave to file an Amended Complaint listing the new Defendant is **GRANTED**.

FURTHERMORE, IT HEREBY ORDERED that pursuant to Federal Rule of Civil Procedure 16(b) and the Local Rules of this Court, the following deadlines shall apply to this case:

- LAST DAY TO SERVE EXPERT WITNESS REPORT
  BY PLAINTIFF                                                                April 23, 2015

- LAST DAY TO SERVE EXPERT WITNESS REPORT
  BY DEFENDANT                                                             May 26, 2015

  CLOSE OF DISCOVERY                                                    June 22, 2015

- LAST DAY FOR FILING **ALL** CIVIL MOTIONS,
  INCLUDING *DAUBERT* MOTIONS, BUT
  **EXCLUDING MOTIONS IN LIMINE**                           July 22, 2015

  PRE-TRIAL ORDER DUE [1]                                              September 21, 2015

Defendants shall submit their joint portion of the pretrial order to Plaintiffs five (5) days before the pretrial order deadline, in default of which sanctions may be imposed. Proposed pretrial orders which are not consolidated (proposed jointly) will not be accepted for filing without the written permission of the Court

The parties shall attempt to resolve evidentiary objections and potential motions in limine well in advance of the pretrial conference. Any evidentiary objections and motions in limine which have not been resolved prior to the pretrial conference shall be submitted in writing **at**

---

[1] The pretrial order shall be in the format for Chief Judge Lisa Godbey Wood. The required form can be located at the Court's website www.gas.uscourts.gov under "forms."

**least five (5) days** prior to the pretrial conference. All responses thereto shall be submitted within **fourteen (14) days** of the filing of the objection or motion.

**SO ORDERED**, this 3rd day of March, 2015.

_____
R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA