# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| ANNA MARIE SIMPSON, individually ) <br> and on the behalf of her minor child, ) <br> T.W. ) <br> ) <br> v. ) <br> ) <br> FERRELL COOKSEY, in his Official ) <br> Capacity as the Chair of the Wayne ) <br> Count School System Board of ) <br> Education, WAYNE COUNTY SCHOOL ) <br> SYSTEM BOARD OF EDUCATION, ) <br> WAYNE COUNTY SCHOOL DISTRICT ) <br> JUSTIN McDONALD, individually ) <br> and in his Official capacity ) <br> as an employee of Wayne County ) <br> School System, JAMES BRINSON, ) <br> individually and in his Official capacity ) <br> as the former Principal of Wayne ) <br> County High School and the Interim ) <br> Superintendent of Wayne County ) <br> School System, K.S., and R.H., Individually ) | CV 214-128 |

## ORDER

The above-styled action having been settled by and between plaintiffs Anna Marie Simpson, individually and on the behalf of her minor child T.W. (who has now reached the age of majority) and T.W. individually and Defendants Ferrell Cooksey, individually and in his official capacity, Wayne County School System Board of Education, Wayne County School District, Justin McDonald, individually and in his official capacity, and James Brinson, individually and in his official capacity, hereinafter "the Wayne County Defendants", and the parties having consented to the entry of this Order by and through their respective counsel of record;

IT IS HEREBY ORDERED that the complaint of plaintiff shall be, and the same hereby is, dismissed with prejudice pursuant to Rule 41(a)(ii) and (c) of the Federal Rules of Civil Procedure as to the Wayne County Defendants only. Each party shall bear their own costs and expenses of litigation.

SO ORDERED this ___3___ day of February, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA